No. 93–195. BAKIN *v.* COX ENTERPRISES, INC., ET AL. Ct. App. Ga. Certiorari denied.

No. 93–197. VENTECH EQUIPMENT, INC. *v.* MCNAMARA, SECRETARY OF REVENUE AND TAXATION OF LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 93–198. HALL *v.* ASSOCIATED DOCTORS HEALTH & LIFE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 93–199. IN RE RIVERA-ARVELO. Sup. Ct. P. R. Certiorari denied.

No. 93–200. COWHIG *v.* STONE, SECRETARY OF THE ARMY, ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–203. MCCARY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–204. WEINGARTEN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–205. CONSTRUCTION INTERIOR SYSTEMS, INC. *v.* MARRIOTT FAMILY RESTAURANTS, INC. C. A. 6th Cir. Certiorari denied.

No. 93–206. CHURCH OF SCIENTOLOGY INTERNATIONAL *v.* DANIELS. C. A. 4th Cir. Certiorari denied.

No. 93–211. JATOI *v.* MEIER. C. A. 5th Cir. Certiorari denied.

No. 93–218. CRAWFORD ET AL. *v.* AIR LINE PILOTS ASSN., INTERNATIONAL. C. A. 4th Cir. Certiorari denied.

No. 93–219. RICHMOND *v.* NODLAND. Sup. Ct. N. D. Certiorari denied.

No. 93–225. ST. GEORGE "DIXIE" LODGE #1743, BENEVOLENT AND PROTECTIVE ORDER OF ELKS *v.* BEYNON. Sup. Ct. Utah. Certiorari denied.